UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -4  A 11: 45

| | |
|---|---|
| ROBIN LISA STEWART<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br>a successor of E.R. SQUIBB & SONS, INC.,<br><br>and<br><br>PREMO PHARMACEUTICAL<br>LABORATORIES, INC.,<br><br>and<br><br>PHARMACIA , UPJOHN COMPANY, INC.<br>(aka THE UPJOHN COMPANY),<br><br>and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUC COMPANY, INC.,<br><br>and<br><br>WYETH, INC.<br><br>Defendants. | 05  10409 WGY<br><br>CIVIL ACTION No. |

### **CERTIFICATE UNDER LCvR 7.3**

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

> Respectfully submitted,
>
> ELI LILLY AND COMPANY
>
> /s/ James J. Dillon
> James J. Dillon, BBO # 124660
> Brian L. Henninger, BBO # 657926
> Foley Hoag LLP
> 155 Seaport Boulevard
> World Trade Center West
> Boston, MA 02210-2600
> (617) 832-1000

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I certify that on March 4, 2005, a true copy of the foregoing Rule 7.3 Certification was served by U.S. First Class Mail, postage prepaid, upon:

Kenneth M. Levine, Esq.
Sheila E. Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
**Attorneys for Plaintiff**

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiff**

Barry Gerstman, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400
**Attorneys for Bristol-Myers Squibb Company**

Julie M. Wade, Esq.
Jodi B. Buske, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Christopher J. Garvey, Esq.
Melanie H. Muhlstock, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
**Of Counsel for Premo Pharmaceutical Laboratories Inc.**

Marc Laredo, Esq.
Laredo & Smith LLP
15 Broad Street
Suite 600
Boston, MA 02109
**Attorneys for Pharmacia & Upjohn Company LLC**

Heidi Hilgendorff, Esq.
Drinker Biddle & Reath
500 Campus Drive
Florham Park, NJ 07932-1047
**Attorneys for Pharmacia & Upjohn Company LLC**

Sheila A. Moeller, Esq.
Gilbride, Tusa, Last & Spellane LLC
708 Third Avenue
26th Floor
New York, NY 10017
**Attorneys for Dart Industries, Inc.**

Janice W. Howe, Esq.
Bingham McCutcheon LLP
150 Federal Street
Boston, MA 02110-1726
**Attorneys for Wyeth, Inc.**

Ashley A. Weaver