```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS




STEWART

                                        CIVIL ACTION
                                        NO.05-10409-WGY

     V

ELI LILLY & Co, ET AL




                     ORDER OF RECUSAL

YOUNG, C.J.

     The presiding judge recuses himself on the ground that he is

a shareholder in one of the corporate parties to this litigation.




                              WILLIAM G. YOUNG
                              UNITED STATES DISTRICT JUDGE


                              By the Court,

                              /s/ Elizabeth Smith

                              _____
                                      Deputy Clerk
```