UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LISA STEWART,<br><br>          Plaintiff,<br>v.<br><br>ELI LILLY COMPANY,<br><br>          and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br>a successor of E.R. SQUIBB & SONS, INC.,<br><br>          and<br><br>PREMO PHARMACEUTICAL<br>LABORATORIES, INC.,<br><br>          and<br><br>PHARMACIA, UPJOHN COMPANY, INC.<br>(aka THE UPJOHN COMPANY),<br><br>          and<br><br>DART INDUSTRIES, INC. a successor to<br>REXALL DRUC COMPANY, INC.,<br><br>          and<br><br>WYETH, INC.<br><br>          Defendants. | CIVIL ACTION NO. 05-10409 - NMG |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of David B. Broughel on behalf of the Defendant, Bristol-Myers Squibb Company, in the above-captioned matter.

-2-

        Respectfully Submitted,

        /s/ David B. Broughel
        David B. Broughel, BBO # 059455
        Mark E. Swirbalus, BBO # 631650
        DAY, BERRY & HOWARD LLP
        260 Franklin Street
        Boston, MA 02110
        (617) 345-4600

Dated : March 21, 2005

## CERTIFICATE OF SERVICE

    I, David B. Broughel hereby certify that on this 21st day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ David B. Broughel
        David B. Broughel