UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBYN LISA STEWART ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No: 05-10409-WGY |
| ] | |
| ELI LILLY AND CO., et. al. ] | |
| ] | |
| Defendants ] | |
| ] | |

### RULE 7.1(a)(2) CERTIFICATION

Comes now the Plaintiff, by and through counsel, and certifies, pursuant to Local Rule 7.1(a)(2) that she conferred with defense counsel and attempted in good faith to seek consent to the Plaintiff's Motion to Remand, but such consent was not forthcoming.

Respectfully submitted,

Plaintiff,
By her Attorneys,

/s/ Sheila E. Mone
_____
Kenneth M. Levine. BBO #296850
Sheila E. Mone, BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19TH Street, N.W., 5th Floor
Washington, DC 20036
(202) 833-8040