UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEWART, | ) | |
|     **Plaintiff** | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 05-10409-NMG |
| ELI LILLY AND COMPANY, *et al.*, | ) | |
|     **Defendants.** | ) | |

**DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant PHARMACIA & UPJOHN COMPANY LLC f/k/a THE UPJOHN COMPANY certify that the following list sets forth the corporate parents, subsidiaries or affiliates of that party:

- Pharmacia & Upjohn LLC
- Pharmacia Corporation
- Pfizer Inc.

                                **Defendant Pharmacia & Upjohn Company LLC**
                                **f/k/a The Upjohn Company**

                                By its attorney:

                                /s/ Marc C. Laredo
                                Marc C. Laredo, BBO# 543973
                                Laredo & Smith, LLP
                                15 Broad Street, Suite 600
                                Boston, MA 02109
                                617-367-7984

Dated: April 4, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Marc C. Laredo, hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was sent first-class mail, postage prepaid, on this 4th day of April, 2005 to the following attorneys who are not listed as receiving this service electronically:

Stephanie A. Albert, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, District of Columbia 20005-1208

John F. Anderson, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Heidi E. Hilgendorff, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

/s/ Marc C. Laredo

April 4, 2005