UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBIN LISA STEWART,

                Plaintiff,

   v.                                            CIVIL ACTION
                                                        NO. 1:05-CV-10409-NMG

ELI LILLY AND COMPANY, *et al*,

                Defendants.

## NOTICE OF APPEARANCE

      Please enter the appearance of Mary B. Murrane of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

                                    **Wyeth,**

                                    By its attorneys,

                                  /s/ Mary B. Murrane
                                Janice W. Howe, BBO #242190
                                Paul M. Robertson, BBO #562421
                                Mary B. Murrane, BBO #644448
                                **BINGHAM MCCUTCHEN LLP**
                                150 Federal Street
                                Boston, MA 02110
                                (617) 951-8000

Dated: April 7, 2005