UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LISA STEWART,<br><br>         Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, *et al*,<br><br>         Defendants. | CIVIL ACTION<br>NO.  1:05-CV-10409-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul M. Robertson of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

         **Wyeth,**

         By its attorneys,

         /s/ Paul M. Robertson
         Janice W. Howe, BBO #242190
         Paul M. Robertson, BBO #562421
         Mary B. Murrane, BBO #644448
         **BINGHAM MCCUTCHEN LLP**
         150 Federal Street
         Boston, MA  02110
         (617) 951-8000

Dated: April 7, 2005

LITDOCS/595927.1