UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBYN LISA STEWART ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No: 05-10409-WGY |
| ] | |
| ELI LILLY AND CO., et. al. ] | |
| ] | |
| Defendants ] | |
| ] | |

### NOTICE OF WITHDRAWAL OF PLAINTIIF'S MOTION TO REMAND

Plaintiff, by and through counsel hereby withdraws her Motion to Remand, which was filed on April 1, 2005.

Respectfully submitted,

Plaintiff,
By her Attorneys,

/s/ Sheila E. Mone
_____
Kenneth M. Levine. BBO #296850
Sheila E. Mone, BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19TH Street, N.W., 5th Floor
Washington, DC 20036
(202) 833-8040