UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:05-CV-10409

**ROBIN LISA STEWART**
    **Plaintiff,**

vs.

**ELI LILLY AND COMPANY, INC.,**
**BRISTOL-MYERS SQUIBB COMPANY, INC.**
**a successor of E.R. SQUIBB & SONS, INC.,**
**PREMO PHARMACEUTICAL**
**LABORATORIES, INC. PHARMACIA,UPJOHN**
**COMPANY, INC. (aka THE UPJOHN COMPANY),**
**DART INDUSTRIES, INC. a successor to**
**REXALL DRUG COMPANY, INC., and**
**WYETH, INC.**
    **Defendants.**

## MOTION FOR AND STIPULATION OF DISMISSAL WITH PREJUDICE

    Now comes the plaintiff, Robin Lisa Stewart, in the above-captioned action, acting through her counsel as shown below, and request that all claims asserted against the Defendants be and hereby are dismissed, with prejudice and without costs.

    Plaintiff,
    By her Attorneys,


    /s/ Sheila E. Mone
    _____
    Kenneth M. Levine, BBO # 296850
    Sheila E. Mone, BBO# 634615
    KENNETH M. LEVINE & ASSOCIATES
    370 Washington Street
    Brookline, MA 02446
    (617) 566-2700

    Aaron M. Levine, Esq.
    AARON LEVINE & ASSOCIATES
    1320 19th Street, N.W., 5th Floor
    Washington, DC 20036
    (202) 833-8040

DATED: April 8, 2005